**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Fassilis | Social Security number or ITIN   xxx–xx–9625 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dina E, Fassilis | Social Security number or ITIN   xxx–xx–6254 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–13978–SLM

## Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Fassilis                                                    Dina E, Fassilis
                                                                    fka Dina E Fabrizio

6/1/18                                                              **By the court:**   Stacey L. Meisel
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318        **Order of Discharge**        page 2

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                    Case No. 18-13978-SLM
Michael Fassilis                                          Chapter 7
Dina E, Fassilis
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1         Date Rcvd: Jun 01, 2018
                               Form ID: 318             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db/jdb         +Michael Fassilis,    Dina E, Fassilis,    52 Panorama Drive,    Sussex, NJ 07461-4763
517361406      +Barry K. Eisenman DMD,    106 Quarry Rd,    Hamburg, NJ 07419-1341
517361407       Central Morris Neurology,    170 East Main Street,    Rockaway, NJ 07866-3530
517361409       Dynamic recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
517361410      +Family Dentistry,    1950 Greenwood Lake Turnpike,    Hewitt, NJ 07421-3040
517361412      +Lake Panorama Coomunity Association,    1 Lakeview Drive Northwest,    Sussex, NJ 07461-1000
517361413       MNET Financial Inc,    950 Argonaut Ste 200,    Aliso Viejo, CA 92656
517361414       Remex Inc,    P.O. Box 765,    Rocky Hill, NJ 08553-0765
517361415      +SLS,    8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
517361416      +Sussex County Division of Social Service,    83 Spring Street,    Suite 203,
                 Newton, NJ 07860-2080
517361417       The Dermatology Group,    P.O. Box 1870,    Cary, NC 27512-1870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2018 22:29:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2018 22:29:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517361404       EDI: RMCB.COM Jun 02 2018 02:23:00      American Medical Collection Agency,    P.O. Box 1235,
                 Elmsford, NY 10523-0935
517361405       EDI: BANKAMER.COM Jun 02 2018 02:23:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
517361408      +EDI: CONVERGENT.COM Jun 02 2018 02:23:00      Convergent,    P.O. Box 9004,
                 Renton, WA 98057-9004
517361411       EDI: JEFFERSONCAP.COM Jun 02 2018 02:23:00      Jefferson Capital Systems LLC,    P.O. Box 772813,
                 Chicago, IL 60677-2813
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
             Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
              trustee@stanzialelaw.com,    nj45@ecfcbis.com
             Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
             Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
              Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
             Michael W. Nelms    on behalf of Debtor Michael  Fassilis mwnelms@ptd.net
             Michael W. Nelms    on behalf of Joint Debtor Dina E, Fassilis mwnelms@ptd.net
             Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank
              National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```