Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−13978−SLM
                    Chapter: 7
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Fassilis
52 Panorama Drive
Sussex, NJ 07461

Dina E, Fassilis
fka Dina E Fabrizio
52 Panorama Drive
Sussex, NJ 07461

Social Security No.:
  xxx−xx−9625                          xxx−xx−6254

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 13, 2018                    Stacey L. Meisel
                                      Judge, United States Bankruptcy Court